UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 30 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUNG WOOK NA,<br><br>Petitioner - Appellee,<br><br>v.<br><br>JASMINE PEARL NA,<br><br>Respondent - Appellant. | No. 26-6105<br><br>D.C. No.<br>8:25-cv-02479-DOC-ADS<br>Central District of California,<br>Santa Ana<br><br>ORDER |
| JUNG WOOK NA,<br><br>Petitioner - Appellant,<br><br>v.<br><br>JASMINE PEARL NA,<br><br>Respondent - Appellee. | No. 26-6374<br>D.C. No.<br>8:25-cv-02479-DOC-ADS<br>Central District of California,<br>Santa Ana |

Before: HURWITZ and VANDYKE, Circuit Judges.

The motion (Docket Entry No. 10) to accept the untimely opposition to the motion to stay is granted. Counsel are reminded of their responsibility to promptly and accurately update their contact information with the court.

The motion (Docket Entry No. 5) to stay the district court's August 4, 2026 order and judgment is granted. *See Nken v. Holder*, 556 U.S. 418, 434 (2009) (defining standard for stay pending appeal).

We expedite these cross-appeals. The first brief on cross-appeal is due October 22, 2026. The second brief on cross-appeal is due November 12, 2026. The third brief on cross-appeal is due December 3, 2026. The optional cross-appeal reply brief is due 14 days after the third brief on cross-appeal is served.

The clerk will place this case on the calendar for January 2027. *See* 9th Cir. Gen Ord. 3.3(g).

No streamlined extensions of time to file a brief will be approved. *See* 9th Cir. R. 31-2.2(a)(1). No written motions for extensions of time under Ninth Circuit Rule 31-2.2(b) will be granted absent extraordinary and compelling circumstances.