UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 19 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUNG WOOK NA,<br><br>Petitioner - Appellee,<br><br>v.<br><br>JASMINE PEARL NA,<br><br>Respondent - Appellant. | No. 26-6105<br><br>D.C. No.<br>8:25-cv-02479-DOC-ADS<br>Central District of California,<br>Santa Ana<br><br>ORDER |
| JUNG WOOK NA,<br><br>Petitioner - Appellant,<br><br>v.<br><br>JASMINE PEARL NA,<br><br>Respondent - Appellee. | No. 26-6374<br><br>D.C. No.<br>8:25-cv-02479-DOC-ADS<br><br>Central District of California,<br>Santa Ana |

Appellant's motion to complete and certify the record (Docket Entry No. 28) appears to request relief under Federal Rule of Appellate Procedure 10(c) and (e). It does not appear, however, that appellant has requested such relief from the district court. Accordingly, appellant's motion to complete and certify the record is denied without prejudice to renewal after requesting such relief in the district court. Oral argument remains scheduled for January 12, 2027.

The Clerk will serve this order on the district court and district judge.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT